1  MARY KATE SULLIVAN (State Bar No. 180203)
   ALISA A. GIVENTAL (State Bar No. 273551)
2  LASZLO LADI (State Bar No. 265564)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   ALLY FINANCIAL, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

| 12  ANTHONY & ROSEMARY GARCIA, | Case No. 2:19-cv-01845-JAM-KJN |
|---|---|
| 13          Plaintiffs, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| 14      vs. | |
| 15  EQUIFAX INFORMATION SERVICES, LLC; ALLY FINANCIAL, INC.; WELLS | |
| 16  FARGO BANK, N.A., | |
| 17          Defendant. | |

18

19         Pursuant to United States District Court, Eastern District of California, Civil Local Rule

20  144(a), which requires Court approval for any extension to respond to the initial complaint beyond

21  28 days, plaintiffs Anthony and Rosemary Garcia ("Plaintiffs") and defendant Ally Financial, Inc.

22  ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading

23  based on the following facts:

24         1.      Plaintiff served the Complaint on September 20, 2019;

25         2.      Defendant's deadline to respond to the Complaint was October 11, 2019;

26         3.      Plaintiff and Defendant entered into a stipulation to postpone the response deadline

27  to November 8, 2019 in order to explore settlement;

28

1    4.    Plaintiff and Defendant are continuing to engage in settlement discussions and

2  jointly move to extend the response deadline to December 6, 2019.

3        IT IS SO STIPULATED.

4  DATED:  November 8, 2019          GALE, ANGELO, JOHNSON, & PRUETT, P.C.

5                                    By:        */s/ Joe Angelo*
                                               Joe Angelo
6

7                                    Attorneys for Plaintiffs
                                     ANTHONY & ROSEMARY GARCIA
8

9  DATED:  November 8, 2019          SEVERSON & WERSON
                                     A Professional Corporation
10

11                                   By:        */s/ Alisa A. Givental*
                                               Alisa A. Givental
12

13                                   Attorneys for Defendant
                                     ALLY FINANCIAL, INC.
14

15        I, Alisa A. Givental, am the ECF user whose identification and password are being used to

16  file this Stipulation.  I hereby attest that Joe Angelo has concurred in this filing.

17                                   By: */s/ Alisa A. Givental*

18

19                                   **<u>ORDER</u>**

20        Pursuant to the joint motion of Anthony and Rosemary Garcia and defendant Ally

21  Financial, Inc., and good cause appearing, the deadline for Ally Financial, Inc. to respond to

22  Plaintiffs' complaint is hereby extended to December 6, 2019. No other deadlines shall be affected

23  by this Order.

24        IT IS SO ORDERED.

25   DATED: November 7, 2019          /s/ John A. Mendez
                                      HONORABLE JOHN A. MENDEZ
26                                    United States District Court Judge

27

28

JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER