Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiffs
Anthony and Rosemary Garcia

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY AND ROSEMARY GARCIA<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et. al.,<br><br>Defendants. | Civil Case No.: 2:19-cv-01845-JAM-KJN<br><br>**ORDER** |

## **ORDER**

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  August 7, 2020                              /s/ John A. Mendez_____
                                                                           JOHN A. MENDEZ
                                                                           UNITED STATES DISTRICT JUDGE